UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.W., | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-1146 |
| v | : | (JUDGE MANNION) |
| CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY | : | |
| Defendant | : | |
| J.R., a minor, by his parents and natural guardians, S.M. & J.R., | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:19-1150 |
| v | : | (JUDGE MANNION) |
| CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY, | : | |
| Defendant | : | |

## ORDER

In accordance with the memorandum filed this same day the court's prior orders granting summary judgment on Count III of Plaintiffs' amended complaints are **AMENDED**. (Docs. 171 and 182). Defendant CTC's motions for summary judgment are **DENIED** as to Count III. All other provisions of the court's prior orders remain the same and trial will proceed as scheduled.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: September 30, 2024**
19-1146-04 BW-JR ORDER